UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

MELANIE M. SAUD
A/K/A MELANIE HICKMAN

                                                                     CASE NO. 6:09-bk-14175-KSJ
                                                                     CHAPTER 7

        Debtor(s).
_____/

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY IN FAVOR OF CREDITOR, US BANK, N.A., SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY

This case came on for consideration of the Motion For Relief From The Automatic Stay filed by Movant, US BANK, N.A., SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY, on November 6, 2009, Docket No. 14. The Motion has been served upon the parties of interest in accordance with Local rule 2002-4 and no party of interest has filed an objection to the Motion within the time permitted. Therefore, the Court deems the Motion to be unopposed. Accordingly, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The automatic stay arising from these proceedings is hereby vacated, lifted, terminated and dissolved, and

2. The Order Granting Relief from the Automatic Stay is hereby entered for the sole purpose of allowing Movant to pursue *in rem* relief against the real property described as:

**UNIT 2107, BUILDING 21, NORTHLAKE VILLAGE CONDOMINIUM X, PHASE III, A CONDOMINIUM ACCORDING TO THE DECLARATION OF CONDOMINIUM RECORDED IN OFFICIAL RECORDS BOOK 2083, PAGE 1, AND ALL AMENDMENTS THERETO AND IN PLAT BOOK 31, PAGE 43, OF THE PUBLIC RECORDS OF SEMINOLE COUNTY, FLORIDA, TOGETHER WITH ALL APPURTENANCES THEREUNTO ATTACHED.**

**a/k/a 2107 NORTHLAKE DR, SANFORD, FL 32773-6711**

or permitting Movant to offer and provide debtor with information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other loan Workout/Loss Mitigation Agreement, and to enter into such agreement with Debtor(s), and allowing Movant any other remedies the Movant may have under applicable non-bankruptcy law, provided that the Movant shall not seek or obtain an *in personam* judgment against the Debtor(s).

3. That the mortgage indebtedness that shall run with the property shall be increased to include $500.00 for attorney`s fees and costs incurred.

DONE and ORDERED in Orlando, Florida, this 4th day of December, 2009

KAREN S. JENNEMANN
UNITED STATES BANKRUPTCY JUDGE

Copies furnished to:

CAROL A. LAWSON, ESQUIRE
DOUGLAS C. ZAHM, PA
18820 U.S. HIGHWAY 19 NORTH, SUITE 212
CLEARWATER, FL 33764

MELANIE HICKMAN N/K/A
MELANIE SAUD A/K/A MELANIE M. SAUD
790 HADDONSTONE CIR, APT 104
LAKE MARY, FL 32746-5540

DEAN A. REED, ESQ
LAW OFFICE OF DEAN A. REED PA
2180 W SR 434
LONGWOOD, FL 32779

GENE T CHAMBERS, TRUSTEE
PO BOX 533987
ORLANDO, FL 32853

ORLANDO DIVISIONS
U.S. BANKRUPTCY TRUSTEE
135 W. CENTRAL BLVD.,#620
ORLANDO, FL 32801